STATE OF CONNECTICUT *v.* ARTHUR SIMMS

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is granted unless a request for a finding and draft finding is filed on or before July 2, 1974, or, in the alternative, a report pursuant to the procedure noted in *State v. Pascucci,* 161 Conn. 382, is filed with the court.

*Arlen D. Nickowitz,* assistant state's attorney, for the appellee (state).

*Edward F. Kunin,* special public defender, for the appellant (defendant).

Argued June 4—decided June 4, 1974

THE BANK OF STRATFORD *v.* WESTLAND COMPANY, INC., ET AL.

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Thomas J. Rosati,* for the appellee (plaintiff).

*John W. Conlon,* for the appellant (named defendant).

*Henry S. Cohn,* assistant United States attorney, for the appellant (defendant Small Business Administration).